

**EX PARTE William N. LUCY**

**CR-14-0505**

Court of Criminal Appeals of Alabama.

03/05/2015

Habeas corpus pet. dismissed

**EX PARTE Tyrone JOSHUA**

**CR-14-0512**

Court of Criminal Appeals of Alabama.

02/19/2015

Mand. pet. denied

**EX PARTE J.D.W.**

**CR-14-0514**

Court of Criminal Appeals of Alabama.

03/13/2015

Habeas corpus pet. dismissed

**EX PARTE Perron T. MITCHELL**

**CR-14-0517**

Court of Criminal Appeals of Alabama.

02/24/2015

Mand. pet. dismissed

**EX PARTE Alonzo WILLIAMS**

**CR-14-0518**

Court of Criminal Appeals of Alabama.

03/13/2015

Mand. pet. dismissed

**Neil WALKER**

**v.**

**STATE**

**CR-14-0519**

Court of Criminal Appeals of Alabama.

02/19/2015

Dismissed

**Cecil M. FERGUSON and William W. Horsman III**

**v.**

**ALABAMA DEP'T OF CORR.**

**CR-14-0523**

Court of Criminal Appeals of Alabama.

03/13/2015

Transferred to Ct. of Civ. App.